In the Matter of TESSIM ZORACH et al., Respondents, against ANDREW G. CLAUSON, JR., et al., Constituting the Board of Education of the City of New York, Respondents, and FRANCIS T. SPAULDING, as Commissioner of Education of the State of New York, Appellant.

Argued December 1, 1949; decided December 29, 1949.

*Nathaniel L. Goldstein, Attorney-General (Kent H. Brown and Wendell P. Brown* of counsel), for appellant.

*Kenneth W. Greenawalt* and *Leo Pfeffer* for petitioners, respondents.

*Charles H. Tuttle, Porter R. Chandler* and *Louis M. Loeb* for intervener, respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.